FILED
JAMES BONINI

2010 AUG 31  AM 11: 32

U.S. DISTRICT COURT
SOUTHERN DIST OHIO
WESTERN DIV DAYTON

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | : CASE NO. **3:10 cr. 149** |
| v. | : SHARON L. OVINGTON |
| ROBERT W. JONES | : INFORMATION |
| | : 18 USC 641 |

---

THE UNITED STATES ATTORNEY CHARGES THAT:

COUNT 1

On or about 15 July 2010, at Wright-Patterson Air Force Base, Ohio, in the Southern District of Ohio, within the special maritime and territorial jurisdiction of the United States, on land acquired for the use of the United States and under the exclusive or concurrent jurisdiction thereof, ROBERT W. JONES did embezzle, steal, or purloin a thing of value of the United States, to wit, property of the Army and Air Force Exchange Service, of a value less than one thousand dollars.

In violation of 18 USC 641.

CARTER M. STEWART
United States Attorney

LAURA I. CLEMMENS
Chief, Dayton Branch